UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCH ELECTRONICS, INC., on behalf of themselves and all others similarly situated

Plaintiff,

-v-

LG ELECTRONICS, INC., et al.

Defendant.

Case No. 07 CV 10664

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

ARCH ELECTRONICS, INC    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 11/28/2007

**Signature of Attorney**

**Attorney Bar Code:** RK-3100